**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CORNELL LOWERY,** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO. 25-235** |
| **MICHAEL SCHNADER,** ***et al*** | : | |

## ORDER

**AND NOW**, this 7th day of August 2026, upon review of the Motion for Summary Judgment of Defendant Schnader, and Plaintiff's lack of opposition thereto, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 31) is **GRANTED**.
2. Plaintiff's Complaint is **DISMISSED**.
3. The Clerk shall **CLOSE** this case.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**